■ In the Matter of John H. Kolecki, Appellant, v. Niagara County Board of Elections and James A. McGinnis, Respondents.—Order unanimously affirmed without costs. (Appeal from order of Niagara Special Term

invalidating nominating petitions.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.